# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE KAY WELLS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:15-cv-00285- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 14) |

On December 14, 2015, the parties filed a stipulation for an extension of time for Defendant to file a response to Plaintiff's opening brief. (Doc. 14)  The scheduling order permits a single thirty-day extension by the stipulation of parties (Doc. 6 at 4), and this is the first extension requested by the parties.  Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** file serve a response to Plaintiff's opening brief on or before **January 18, 2016**.

IT IS SO ORDERED.

Dated: __December 22, 2015__      _____/s/ Jennifer L. Thurston__
                                                   UNITED STATES MAGISTRATE JUDGE