**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURIE KAY WELLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:15-cv-00285- JLT<br><br>ORDER GRANTING IN PART DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 16) |

　　　　On January 20, 2016, Defendant filed a second stipulation of the parties to extend time for Defendant to respond to Plaintiff's opening brief. (Doc. 16) Importantly, the scheduling order in this action allows for "a *single* thirty (30) day extension" by stipulation of the parties. (Doc. 6 at 4, emphasis added) This extension was used previously by Defendant, who requested an extension of time on December 20, 2015. (Docs. 14-15) Beyond the single thirty-day extension, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 6 at 4) Further, the parties are cautioned that "[r]equests for modification of th[e] briefing schedule will **not** routinely be granted. (*Id.*, emphasis in original) Therefore, the Court construes the stipulation of the parties to be a motion by Defendant for modification of the Court's Scheduling Order.

　　　　Here, Defendant's counsel, Mr. Chen, asserts the further extension of time is necessary "because of a very heavy accumulated workload due to a two week absence from the office over the holiday season." (Doc. 16 at 1) Plaintiff does not oppose the second extension requested.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED IN PART**;
2. Defendant **SHALL** file a response to Plaintiff's opening brief within fourteen days of the date of service of this order; and

**<u>Respondent is advised that no further extensions will be entertained absent a showing of exceptional good cause.</u>**

IT IS SO ORDERED.

Dated:   **January 21, 2016**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE