1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURIE KAY WELLS, | Case No.: 1:15-cv-00285 - JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On November 22, 2016, Plaintiff Laurie Kay Wells and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 22)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** that fees and costs in the total amount of $3,700.00 are **AWARDED** to Laurie Kay Wells.

IT IS SO ORDERED.

Dated:     **November 22, 2016**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1