# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE KAY WELLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL[1],<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:15-cv-0285 - JLT<br><br>ORDER SETTING A BRIEFING SCHEDULE ON COUNSEL'S MOTION FOR ATTORNEY FEES<br><br>(Doc. 24) |

Marc Kalagian, counsel for Plaintiff Laurie Kay Wells, filed a motion for fees pursuant to 42 U.S.C. § 406(b) on June 4, 2019. (Doc. 24) At that time, counsel notified Plaintiff that she had two weeks to file a response with the Court. (*Id.* at 2, 11) However, no filing deadlines were triggered for the Commissioner because the matter is not set for hearing. Accordingly, the Court **ORDERS**:

1. Any opposition to the motion, or a notice of non-opposition, **SHALL** be filed no later than **July 9, 2019**; and

2. Any brief in reply **SHALL** be filed no later than **July 16, 2019**.

IT IS SO ORDERED.

　　Dated: __June 25, 2019__　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Carolyn W. Colvin in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).